# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | SA CR 15-00024-CJC | **Date** | February 3, 2017 |
| **Title** | United States v. Chad Edward Larson Czisny | | |

**Present: The Honorable**  Douglas F. McCormick

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Nancy Boehme | CourtSmart |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| | |

**Proceedings:**   (In Chambers) Order of Detention after Hearing Held Under 18 U.S.C. § 3148(b)

    Defendant appeared after being taken into custody on an arrest warrant issued by United States District Judge Cormac J. Carney after the United States Pretrial Services submitted a petition for action on conditions of pretrial release alleging that Defendant committed a state or local crime while on release. The Court conducted a hearing on the alleged violations. Based on the information presented at the hearing, the Court finds that there is probable cause to believe that Defendant committed the violation alleged in the petition. The Court finds that Defendant is unlikely to abide by any condition or combination of conditions of release.

    Defendant's release is therefore revoked and IT IS THEREFORE ORDERED that Defendant be detained.

Initials of Clerk   nb