UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHAD EDWARD LARSON CZISNY,<br><br>   Defendant. | Case No.  SACR 15-00024-CJC<br><br>JUDGMENT CONTINUING SUPERVISED RELEASE AND COMMITMENT ORDER |

    On July 28, 2022, in the presence of the attorney for the Government Brad Marrett, the defendant appeared in person with appointed counsel Correen Ferrentino of the Criminal Justice Act Panel.  The defendant waived reading and advisement of his rights and admitted the violations alleged in Paragraphs 1, 2, 3, 4, 5, 7, 10 and 11 of the Petition on Probation and Supervised Release (Citation) filed on June 27, 2022 (the "Petition").

    In light of the defendant's admissions, the Court finds that the defendant has violated the conditions of his supervised release that were imposed on February 4, 2019.  The original term of supervision imposed in this case on February 4, 2019, was revoked on December 20, 2021.

NOW, THEREFORE, IT IS ADJUDGED, upon the findings of the Court, the period of supervised release is continued on supervised release under the terms and conditions originally imposed, with the following modification to the conditions of supervision:

1. The defendant shall reside for 120 days in a residential reentry center (community corrections component), as directed by the Probation Officer, and shall observe the rules of that facility.

2. The defendant shall participate in an intensive outpatient substance abuse treatment and counseling program that includes urinalysis, breath or sweat patch testing, as directed by the Probation Officer.

On the Government's motion, the violations alleged in Paragraphs 6, 8, and 9 of the Petition are dismissed.

Paragraph 12 is held in abeyance.

The defendant is advised of his right to appeal.

///
///
///
///
///
///
///
///

IT IS ORDERED that the Clerk deliver a copy of this Judgment Revoking Supervised Release and Commitment Order to the U.S. Marshal and the U.S. Probation & Pretrial Services Office.

DATED: July 28, 2022

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

FILED: July 28, 2022

KIRY K. GRAY, CLERK OF COURT

_____
By:   Rolls Royce Paschal
      Deputy Clerk

**Cc: USP&PSO, USM, BOP**